# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**SEMANTHA SANTANGELO,**
Appellant,

v.

**ATLAS SERVICE, INC.,** and **STEVE H. GROSSMAN,**
Appellees.

No. 4D2023-0395

[August 1, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Joseph G. Curley, Judge; L.T. Case No. 502015CA009058.

Semantha Santangelo, Shorter, AL, pro se.

Louis C. Arslanian, Hollywood, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, CONNER and KUNTZ, JJ., concur.

*       *       *

***Not final until disposition of timely filed motion for rehearing.***